BOARD OF EDUCATION OF THE BOROUGH OF FAIR LAWN, PLAINTIFF-PETITIONER, v. FAIR LAWN PLAZA TAXI, INC., DEFENDANT-RESPONDENT.

See same case below: 55 *N. J. Super.* 357.

*Mr. Maurice D. Emont* and *Mr. Heyman Zimel* for the petitioner.

*Mr. Michael Aliotta* for the respondent.

October 5, 1959. Granted.

JOHN WILLIAM BUTLER, PLAINTIFF-RESPONDENT, AND STATE OF NEW JERSEY, INTERVENOR-PETITIONER, v. BAKELITE COMPANY *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 56 *N. J. Super.* 405.

*Mr. David D. Furman* and *Mr. Herman D. Ringle* for the petitioner.

*Messrs. McCarter & English* for the respondents.

October 5, 1959. Granted.